DAVID H. TOLLNER, ESQ. [SBN 138315]
TOLLNER LAW OFFICES
1501 The Alameda
San Jose, CA 95126
Phone: (408)286-3081
Fax: (408)350-2383

Attorney for Plaintiffs

MARK E. DAVIS—BAR NO. 79936
ERIC J. BENGTSON—BAR NO. 254167
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815

Attorneys for Defendants
CAMBRIAN SCHOOL DISTRICT,
FAMMATRE ELEMENTARY SCHOOL,
KRISTI SCHWIEBERT, and DEBORAH BLOW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., BY AND THROUGH HIS MOTHER AND GUARDIAN AD LITEM, W.P., AND W.P. INDIVIDUALLY,<br><br>PLAINTIFFS,<br><br>V.<br><br>CAMBRIAN SCHOOL DISTRICT, ET AL,<br><br>DEFENDANTS. | No. C12-3513 EMC<br><br>**STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION** |

The parties to the above-entitled action hereby stipulate by and through their undersigned counsel of record as follows:

016.334432Stip to Extend Mediation Deadline (00185494).DOCwdNO

## Recitals

1. The parties are currently engaging in informal discovery and informal settlement negotiations in an effort to resolve this matter without incurring the expense of litigation.
2. In particular, the parties wish to avoid the expense of defendants filing a motion to dismiss and plaintiffs responding thereto.
3. The parties have been ordered to mediate this matter on or before May 1, 2013.
4. The parties recently engaged in a phone conference with mediator Greta Schnetzler to discuss the potential resolution of this matter.
5. Plaintiffs' counsel needs to review various documents and conduct the deposition of the District's person most knowledgeable regarding admissions policies before he can complete his liability evaluation.
6. The District's counsel is currently engaged in daily expert depositions for an April 15, 2013 trial, which is expected to last until April 26, 2013.
7. The parties agree that it would not be fruitful to conduct a mediation before May 1, 2013, as the necessary discovery cannot be completed before that date.
8. The parties agree to schedule a mediation sometime between May 1, 2013 and May 17, 2013.
9. Mediator Greta Schnetzler is available and has agreed to mediate this matter sometime between May 1, 2013 and May 17, 2013.

## Stipulation

1. The parties hereby stipulate to extend the deadline for completing mediation in this matter until May 17, 2013.

Dated: 3/28/13            /s/
                          _____
                          David H. Tollner, Counsel for Plaintiffs

Dated: 3/28/13            /s/
                          _____
                          Mark Davis, Counsel for Defendants

016.334432Stip to Extend Mediation Deadline (00185494).DOCwdND

1 **PROPOSED ORDER**

2 The court's order directing the parties to complete mediation on or before May 1, 2013 is
3 hereby vacated.

4 The parties are ordered to complete mediation on or before May 17, 2013.

5 IT IS SO ORDERED.   The Further CMC is reset from 5/16/13 to 5/30/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 5/23/13.

6 Dated:

7      4/2/13

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen