91044

1  MARK E. DAVIS—BAR NO. 79936
   ERIC J. BENGTSON—BAR NO. 254167
2  **DAVIS & YOUNG, APLC**
   1960 The Alameda, Suite 210
3  San Jose, CA 95126
   Phone: 408.244.2166
4  Fax:    408.244.7815

5
   Attorneys for Defendants
6  CAMBRIAN SCHOOL DISTRICT,
   FAMMATRE ELEMENTARY SCHOOL,
7  KRISTI SCHWIEBERT, RANDY
   SCOFIELD, and DEBORAH BLOW
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | J.C., by and through his mother and       | No. CV12-03513 EMC
14 | guardian ad litem, W.P., and W.P.
   | individually,                              | **STIPULATION FOR PROTECTIVE ORDER
15 |                                            | PROTECTING PRIVACY RIGHTS OF
   |         Plaintiffs,                        | MINORS**
16 |
   | vs.                                        | JUDGE:    Edward M. Chen
17 |
   | CAMBRIAN SCHOOL DISTRICT,                  | COMPLAINT FILED: 7/6/2012
18 | FAMMATRE CHARTER
   | ELEMENTARY SCHOOL, KRISTI
19 | SCHWIEBERT, RANDY SCOFIELD,
   | DEBORAH BLOW, and DOES 1 thru
20 | 20, inclusive,
21 |         Defendants.
22

23
           I.    **RECITALS**
24
           The Parties and the Court are mindful of the fact that the conduct of pre-trial litigation, pre-
25
   trial discovery and the trial of this action may involve disclosure of information that may impact the
26

27

91044

1  privacy rights of the minors involved in the underlying events giving rise to this Action. Therefore,
2  the parties hereby stipulate as follows:
3      II.    **PROTECTIVE ORDER**
4      A. All documents filed with the Court or other information including deposition testimony
5  or other discovery obtained in conjunction with this action, or in any related action, shall be deemed
6
7  confidential and subject to this protective order.
8      B. Any document filed with the Court which refers to a minor involved in the underlying
9  events giving rise to this Action shall not use the full name of that minor but rather shall refer to that
10 minor by his or her first initial only. In the event where more than one minor shares the same first
11 initial, the minors sharing the same initial shall be designated by his or her first initial and a
12 chronological number. For example, if minors Alex and Aaron are involved, Alex would be A-1
13
14 and Aaron would be A-2.
15     C. The parties shall lodge (not file) with the Court a document containing the full name of
16 the minor who was referred to in court filed documents by initial only. This lodged document shall
17 refer to the minor by both full name and initial so the Court can easily identify the minor referred to
18 in the publicly filed documents.
19     D. The documents, information, and designated deposition testimony generated in this
20 Action shall be used by the person to whom it is disclosed solely for the purpose of this action, the
21 recipient shall not disseminate the information to anyone other than the client, members of the law
22
23 firm representing the client, and any expert retained to testify in this lawsuit except pursuant to the
24 terms of this order, or otherwise, as the Court may direct. Said documents, information, and
25 designated deposition testimony actually generated in this action shall not be used for any business
26 or other purpose separate from this lawsuit unless agreed to in writing by all parties to this action, or
27

1  as authorized by further order of the Court.

2  E. This order may be modified by further order of this Court or by agreement by the
3  parties through their counsel or as self represented parties, subject to the approval of the Court,
4  provided that any such agreement shall be memorialized in the form of a stipulation that is filed with
5  the clerk and made part of the record in this case.

DATED: 4/19/13

LAW OFFICES OF DAVID TOLLNER

By _____
DAVID TOLLNER
Attorney for Plaintiff Jacob C.

DATED: 4-19-13

DAVIS & YOUNG, APLC

By _____
MARK E. DAVIS
Attorneys for Defendants
CAMBRIAN SCHOOL DISTRICT,
FAMMATRE ELEMENTARY
SCHOOL, KRISTI SCHWIEBERT,
RANDY SCOFIELD, and DEBORAH
BLOW

Pursuant to stipulation, IT IS SO ORDERED.

DATED: April 23, 2013

EDWARD M. CHEN
United States

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
PROPOSED PROTECTIVE ORDER PROTECTING PRIVACY RIGHTS OF MINORS
{91044/00186686-1}