1

2

3

4                  UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7    J. C.,                                    Case No.  12-cv-03513-WHO

                  Plaintiff,
8
                                               **ORDER CONCERNING DISCOVERY**
9         v.                                   **DISPUTES**

10   CAMBRIAN SCHOOL DISTRICT, et al.,          Re: Dkt. Nos. 37, 47

                  Defendants.
11

12

13        On November 8, 2013, plaintiff's counsel filed a 2-page letter identifying four discovery

14   disputes.  Defendants responded on November 18, 2013.  After consideration of the arguments

15   presented, the Court orders:

16        1.  Plaintiffs may take the deposition of Jayne Selig at the earliest date convenient to Ms.

17            Selig and counsel.  It appears that plaintiffs had identified her as a relevant witness,

18            that her deposition had been scheduled within the discovery period, and that the failure

19            to take the deposition within the discovery period resulted from miscommunication

20            between the parties after the original date for the deposition was postponed for good

21            cause.

22        2.  Defendants have filed an amended response to Request No. 22 which states that no

23            responsive document exist, or have ever existed.  If this response was verified,

24            defendants need do nothing further.  If it was not, defendants should verify the

25            response.

26        3.  Defendants have agreed to produce the Intra-district Transfer Permits sought by

27            plaintiffs.  The Request was apparently dated July 24, 2013.  The Court orders that this

28            production occur as quickly as possible, and no later than December 13, 2013.

United States District Court
Northern District of California

1    4.   Defendants do not address the fourth dispute, which leads the Court to hope that the

2         inspection schedule referred to in plaintiffs' letter has been agreed upon.

3    The Court notes that defendants have filed a motion for summary judgment.  Assuming that the

4    discovery allowed above is material to plaintiffs' opposition to the motion, the parties should

5    complete the discovery allowed at the earliest possible time.  Further, the parties should stipulate

6    to a hearing date that allows plaintiffs to respond on the merits rather than to seek a continuance

7    until they have obtained said discovery.

8         **IT IS SO ORDERED**.

9    Dated: November 22, 2013



10   _____

11   WILLIAM H. ORRICK
     United States District Judge