1  David H. Tollner, Esq. [SBN 138315]
   TOLLNER LAW OFFICES
2  25 Post Street
   San Jose, CA 95113
3  (408)286-3081; Fax (408)484-1062

4  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C., by and through his mother and guardian ad litem, W.P., and W.P. individually, | No. CV12-03513 WHO |
| Plaintiffs, | **STIPULATION AND ORDER RE: SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| vs. | COURTROOM: 2, 17TH Floor<br>JUDGE: William H. Orrick |
| CAMBRIAN SCHOOL DISTRICT, FAMMATRE CHARTER ELEMENTARY SCHOOL, KRISTI SCHWIEBERT, DEBORAH BLOW, and DOES 1 thru 20, inclusive, | SECOND AMENDED COMPLAINT FILED: 6/13/2013 |
| Defendants. | |

{91044/00199196-1}
Stipulation and Order to Produce Documents

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, and pursuant to Judge Orrick's ORDER CONCERNING DISCOVERY DISPUTES of November 22, 2013, that the presently-scheduled hearing of Defendants' Motion for Summary Judgment on December 18, 2013 shall be continued to January 15, 2014 at 2:00 before Judge Orrick.  Plaintiffs' Opposition Brief shall be filed no later than December 20, 2013 and Defendants' Reply Brief shall be filed no later than December 27 pursuant to local rule.  Said rescheduling of the briefing schedule is to allow Defendants to produce all Intradistrict Transfer Permits pursuant to request and Judge Orrick's order, and allow Plaintiffs the opportunity to incorporate said documents into their Opposition Brief if necessary.  Pursuant to Order, Defendants shall produce said documents no later than December 13, 2013.

IT IS FURTHER STIPULATED that Defendants shall not object to the foundation of any document produced by Defendants during this litigation and used by Plaintiffs as supporting evidence in their Opposition Brief. Nothing in this stipulation shall prevent Defendants from raising foundational objections to factual representations made by plaintiffs based on the content of any document produced by Defendants.

IT IS FURTHER STIPULATED that Defendants shall produce Jayne Selig for deposition without subpoena and at a reasonably agreeable date and time between now and the date of trial.

DATED: November 25, 2013

DAVIS & YOUNG, APLC

By _____/S/_____
ERIC BENGTSON
Attorneys for Defendants
CAMBRIAN SCHOOL DISTRICT, FAMMATRE ELEMENTARY SCHOOL, KRISTI SCHWIEBERT and DEBORAH BLOW

TOLLNER LAW OFFICES

By _____
DAVID H. TOLLNER
Attorneys for Plaintiffs
J.C. by and through his mother and
guardian ad litem, W.P. and W.P.

ORDER

Pursuant to the above STIPULATION & PROPOSED ORDER:

IT IS SO ORDERED.

Dated:   December 2, 2013         _____
                                  UNITED STATES DISTRICT JUDGE